Frederick W. COPELAND, Petitioner-
Appellant,

v.

FIRST FEDERAL SAVINGS AND LOAN
ASSOCIATION OF LAKE COUNTY,
et al., Respondents-Appellees.

No. 27296

Summary Calendar.

United States Court of Appeals
Fifth Circuit.

Jan. 10, 1969.

Rehearing Denied Nov. 4, 1969.

Frederick W. Copeland, pro se.

Charles B. P. Sellar, Leesburg, Fla.,
Robert R. Crittenden, Asst. Atty. Gen.,
of Florida, Lakeland, Fla., for appellees.

Before WISDOM, COLEMAN, and
SIMPSON, Circuit Judges.

PER CURIAM:

■ We have concluded on the merits
that this case is of such character as not
to justify oral argument. Accordingly,
we have directed the clerk to place the
case on the Summary Calendar and to
notify the parties of this fact in writing.
See Rule 18 of the Rules of this Court
and Murphy v. Houma Well Service, 5
Cir. 1969, 409 F.2d 804.

■ In his *pro se* complaint, Freder-
ick W. Copeland seeks to enjoin the exe-
cution of a state court's writ of assist-
ance that ordered him ejected from cer-
tain real property in favor of the mort-
gagee, First Federal Savings and Loan
Association of Lake County, a Corpora-
tion, et al. He also seems to complain of
the procedure by which he was at one
time adjudged incompetent. Beyond
vague references to the equal protection
and due process clauses, the complaint
states no bases for federal jurisdiction
or any cognizable grounds upon which
the relief sought might be granted. The
district court properly dismissed the
complaint.

The judgment is affirmed.